**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| Keisha McFadgion, | : |
| Plaintiff, | : Civil Action No.: 1:16-cv-02544-RDB |
| v. | : |
| PayPal Credit f/k/a Bill Me Later, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Keisha McFadgion | PayPal Credit f/k/a Bill Me Later, Inc. |
|---|---|
| */s/ Sergei Lemberg* | */s/ John D. Sadler* |
| Sergei Lemberg, Esq. | John D. Sadler, Esq. |
| Lemberg Law, LLC | Ballard Spahr LLP |
| 43 Danbury Road, 3rd Floor | 1909 K Street NW, 12th Floor |
| Wilton, CT 06897 | Washington, DC 20006 |
| Telephone: (203) 653-2250 | Telephone: (202) 661-7659 |
| Facsimile: (203) 653-3424 | Facsimile: (202) 661-2299 |
| Email: slemberg@lemberglaw.com | Email: sadlerj@ballardspahr.com |
| Attorney for Plaintiff | Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 13, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                    */s/ Sergei Lemberg*
                    Sergei Lemberg, Esq.